## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

MARY WEST, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

KALMID GROUP, INC. d/b/a CLOVERLEAF FARM

    Defendant.

_____ /

CASE NO.: 1:20-cv-3597

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney, and the Defendant, Kalmid Group, Inc. that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant, Kalmid Group, Inc. shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: September 1, 2020

Respectfully Submitted,

    /s/David Paul Force
David Paul Force Esq.
**Stein Saks, PLLC**
285 Passaic Street
Hackensack, NJ 07601
dforce@steinsakslegal.com
Tel. 201-282-6500
Fax 201-282-6501
*Attorneys for Plaintiff*

_____
Edgardo Ramos, U.S.D.J
Dated: September 2, 2020
New York, New York

## Certificate of Service

      I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 1st day of September, 2020    Respectfully Submitted,

                                      */s/ David Paul Force*
                                      David Paul Force